OPINION — AG — A BOARD OF EDUCATION HAS NO AUTHORITY TO VOLUNTARILY EXPEND ITS GENERAL FUNDS TO PAY A PORTION OF THE COST OF CONSTRUCTING A SEWER WHICH WOULD NOT BE OWNED BY IT, AND THAT SCHOOL DISTRICT PROPERTY WAS NOT SUBJECT TO SEWER DISTRICT ASSESSMENT. WE HAVE CAREFULLY EXAMINED THE ARGUMENTS AND AUTHORITIES CONTAINED IN THE SUBMITTED MEMORANDA AND FIND NOTHING THEREIN WHICH WAS NOT CONSIDERED IN THE FORMULATION OF OUR MARCH 19, 1964 (OPINION NO. 64-183) OPINION. (JAMES FUSON)